### ABELLA *v.* FERNÁNDEZ ET AL.

APELACIÓN procedente de la Corte de Distrito de Humacao.

No. 697.—Resuelto en noviembre 3, 1911.

INJUNCTION—FACULTAD DISCRECIONAL DE LOS TRIBUNALES.—La concesión o denegatoria del recurso de *injunction* descansa en la sana discreción del tribunal sentenciador y su resolución no será revocada por este tribunal a menos que se demuestre que abusó de tal facultad discrecional.

ID.—ACCIÓN REIVINDICATORIA—POSESIÓN DE LA FINCA EN LITIGIO.—Entablada una acción reivindicatoria por el demandante para adquirir el dominio y la posesión de una finca, no procede que por medio del recurso de *injunction* se le ponga en posesión de la misma finca que es objeto de dicho litigio.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Severo Abella Bastón.*

La parte apelada no compareció.

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

El demandante en este caso, entabló una acción reivindicatoria contra los demandados, y solicitó un auto de *injunction* incidental, para que se le protegiera en la posesión de cierta parcela de terreno contigua a la parcela que trata de reivindicar; y también solicitó que se requiriera a los demandados que se abstuvieran de realizar cualesquiera actos de posesión sobre la parcela de terreno a que él se refiere.

No parece haberse formado un concepto bien claro de lo que es el auto de *injunction,* pues éste es un pleito incidental a la acción principal, y es evidente que el demandante no tiene ningún derecho a pedir, que mediante un auto de *injunction,* se le ponga en posesión de una finca que él ha hecho objeto de una acción reivindicatoria. Si, por otra parte, está él en posesión de cierto terreno contiguo a otro terreno, cuya posesión se le niega, entonces el *injunction* a que él tendría derecho, caso de existir, debiera ser objeto de un procedimiento especial iniciado con ese fin. El Juez de la Corte de Distrito de Humacao denegó el *injunction* especial que se solicitó, fundándose en que la posesión del demandante no estaba clara; en que el derecho a la posesión se discutía en el pleito principal; y en que el derecho a un *injunction* debe también ser claro. Aunque de los autos aparece que el apelante tal vez ha sido molestado y aun maltratado, no se demuestra que los daños y perjuicios que el peticionario sufriera, no puedan ser objeto de compensación en una acción legal ordinaria. Además, el juez que conoció del asunto, resolvió que no se había menoscabado ningún derecho del demandante a la posesión; y la negativa a conceder el auto de *injunction,* descansa en la sana discreción de la corte sentenciadora. No existe abuso de esa discreción y debe confirmarse la resolución apelada.

*Confirmada.*

Jueces concurrentes: Sres. Asociados MacLeary, del Toro y Aldrey.

El Juez Presidente Sr. Hernández, no tomó parte en la resolución de este caso.